

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01106-OES

RAUL PERMUY CALDERON,

    Applicant,

v.

LARRY E. REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Applicant's request for the return of the original or a copy of the November 11, 2001, state district court order regarding "Defendant's Pro Se 'Motion for Trial Court to Reconsider Final Order on Defendant's Motion for Postconviction Relief Pursuant to Crim. P. 35(c),'" which he makes in a letter to the Court filed on August 8, 2005, is GRANTED. The clerk of the Court is directed to mail to Applicant, together with a copy of this minute order, a copy of the requested order. Applicant is advised that he should not submit to the Court any documents he may want returned to him in the future because the Court's electronic filing system does not allow the Court to maintain paper copies. As to Applicant's request regarding his filing of an amended application, the amended application should stand on its own and replace the application originally submitted. The Court will not review both the application originally submitted and the amended application.

Dated: August 12, 2005

Copies of this **Minute Order, and a copy of the State Order** were mailed on August 12, 2005, to the following:

Raul Permuy Calderon
Prisoner No. 59060
CCF – Unit G3-9
PO Box 600
Canon City, CO 81215- 0600

Secretary/Deputy Clerk